FOX, Respondent, v. WHITE CLOVER DAIRY, Appellant. (Supreme Court, Appellate Term. February 4, 1907.) Appeal from Municipal Court, Borough of Bronx, Second District. Action by John J. Fox against the White Clover Dairy. From a judgment for plaintiff, defendant appeals. Affirmed. Sol. A. Hyman, for appellant. Corbin & O'Ryan, for respondent.

PER CURIAM. There was sharply conflicting testimony. The cross-examination of the driver of plaintiff's coach developed that he saw defendant wagon 100 feet off, and yet continued to drive in its direction until within about 25 feet, from where defendant's driver started to turn his four horses. Both vehicles were within the pillars of the elevated road, using the surface car tracks. Snow was piled up on either side of the pillars. The hour was 2:30 a. m. The case was well tried on both sides. The court submitted all the questions of law and fact to the jury clearly, and the jury found for the plaintiff in an undisputed amount of damage. Judgment affirmed, with costs.

FRANCISCO, Appellant, v. TALBERT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Eliza Francisco against Joseph T. Talbert and another. No opinion. Judgment affirmed, with costs.

FRANKLIN v. HOADLEY. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Action by William B. Franklin against Joseph H. Hoadley. No opinion. Motion granted. Order filed.

FRIEDLANDER v. FRIEDLANDER et al. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by Florence B. Friedlander against William F. Friedlander and another. No opinion. Motion denied.

FRIES, Appellant, v. FRIES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Nicholas C. Fries against John P. Fries and others. No opinion. Interlocutory judgment affirmed, with costs.

FRINDEL et al., Appellants, v. LOEWE, Respondent. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Simon Frindel and Louis Goodman against Jacques Loewe. No opinion. Judgment of the Municipal Court affirmed, with costs.

FRISHBERG, Respondent, v. NADLEMAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by David Frishberg against Jacob Nadleman. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

FROMM, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 16, 1907.) Action by Adelaide Fromm against the Rochester Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

In re GARDNER. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) In the matter of the application of Charles H. Gardner, individually and as general guardian of Gustav Gardner, an infant, for an order directing the city chamberlain to pay over certain moneys. We are unable to dispose of this motion without notice to the infant. No opinion. When such notice is given, and the infant is legally represented, the matter may be brought on for a hearing.

In re GARDNER. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) In the matter of the application of Charles H. Gardner, individually and as general guardian of Gustav Gardner, an infant, for an order directing the city chamberlain to pay over certain moneys. No opinion. Sanders Shanks, Esq., appointed guardian ad litem herein for the infant, Gustav Gardner.

GASQUET, Respondent, v. WHITEHEAD et al., Appellants. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by Marshall J. Gasquet against A. Pennington Whitehead and others. M. Stearns, for appellants. J. D. Fessenden, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GAVIN v. NEW YORK CONTRACTING CO. (Supreme Court, Appellate Division, First Department. February 15, 1907.) Action by Thomas Gavin against the New York Contracting Company. No opinion. Motion granted, without costs. Order filed.

GERSHEFSKY, Respondent, v. BERSHADSKY, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) Action by Samuel Gershefsky against Myer Bershadsky. No opinion. Motion to dismiss appeal granted, with $10 costs.

In re GLOVER. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) In the matter of the petition of Hattie M. Glover for the revocation of letters of administration heretofore issued to Joseph J. W. Wilson upon the estate of Helen L. Wilson, deceased.

PER CURIAM. Decree unanimously affirmed, with costs.

PARKER, P. J., not sitting.

GOLDENBERG, Appellant, v. ZIRINSKY, Respondent. (Supreme Court, Appellate Divi-

102 N.Y.S.—72